IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Brady R. Stout, | ) | Case No. 20-70348 JAD |
| | ) | Chapter 13 |
|     Debtor | ) | Related to Docket No. 12 |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
|     Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondents | ) | |

## CONSENT ORDER OF COURT CONTINUING CONCILIATION CONFERENCE

AND NOW, this _____ day of _____, 2022, upon consent of the Debtor and the Chapter 13 Trustee it is hereby ORDERED, ADJUGED, AND DECREED that the conciliation conference scheduled for November 5, 2020 at 10:30 am is continued to September 8, 2022, at 1:00 pm. The reason for the continuance is: Case was continued for loss mitigation/amended plan.

    Movant to serve a copy of this Order on the matrix and file a certificate of service.

CONSENTED TO BY:

| | |
|---|---|
| /s/ Owen W. Katz | /s/ Justin P. Schantz |
| Owen W. Katz, Esquire (PA I.D. #36473) | Justin P. Schantz, Esquire |
| Attorney for the Chapter 13 Trustee | PA I.D. #210198 |
| U.S. Steel Tower, Suite 3250 | Attorney for debtor |
| 600 Grant Street | Law Care |
| Pittsburgh, PA  15219 | 324 S. Maple Avenue, 2nd Floor |
| okatz@chapter13trusteewdpa.com | Greensburg, PA  15601 |
| | jschantz@my-lawyers.us |

SO ORDERED:

_____
United States Bankruptcy Judge