**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/9/22 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Brady R. Stout, | ) | Case No. 20-70348 JAD |
| | ) | Chapter 13 |
| Debtor | ) | Related to Docket No. 12 |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | Doc. # 48 |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CONSENT ORDER OF COURT CONTINUING CONCILIATION CONFERENCE**

AND NOW, this __9th__ day of __August__, 2022, upon consent of the Debtor and the Chapter 13 Trustee it is hereby ORDERED, ADJUGED, AND DECREED that the conciliation conference scheduled for November 5, 2020 at 10:30 am is continued to September 8, 2022, at 1:00 pm.** The reason for the continuance is: Case was continued for loss mitigation/amended plan.

Movant to serve a copy of this Order on the matrix and file a certificate of service.

CONSENTED TO BY:

/s/ Owen W. Katz
Owen W. Katz, Esquire (PA I.D. #36473)
Attorney for the Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
okatz@chapter13trusteewdpa.com

/s/ Justin P. Schantz
Justin P. Schantz, Esquire
PA I.D. #210198
Attorney for debtor
Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601
jschantz@my-lawyers.us

SO ORDERED:

_____jsf_____
United States Bankruptcy Judge
Jeffery A. Deller

** Conciliation Conference to be held at CH 13 341 Zoom Location.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70348-JAD |
| Brady R. Stout | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brady R. Stout, 2103 21st Street, Altoona, PA 16601-2223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2022              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2 bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor BANK OF AMERICA  N.A cwohlrab@raslg.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Deutsche Bank National Trust Company  cwohlrab@raslg.com |
| Justin P. Schantz | |
| | on behalf of Debtor Brady R. Stout jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Aug 09, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 6