IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re:<br>Brady R. Stout,<br>　　　　Debtor,<br><br>Brady R. Stout,<br>　　　　Movant,<br>vs.<br><br>Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004-HE2,<br>　　　　Respondent, | Case No. 20-70348-JAD<br><br>Chapter 13<br>Related to Document No. 57<br>Docket Document No. | FILED<br>2/17/23 10:23 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## ORDER OF COURT

AND NOW, this __17th__ day of __February__, 2023, upon consideration of Debtor's Motion to Extend Time to Respond to the Notice of Mortgage Payment Change filed by Deutsche Bank at Claim No. 3, it is hereby ORDERED that Debtor's Motion is GRANTED.

Debtor shall file a response to the Notice of Mortgage Payment Change on or before __February 26__, 2023.

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70348-JAD |
| Brady R. Stout | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

**Recip ID        Recipient Name and Address**
db           +  Brady R. Stout, 2103 21st Street, Altoona, PA 16601-2223

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

**Name                              Email Address**

Brian Nicholas
                  on behalf of Creditor Deutsche Bank National Trust Company as Trustee for CDC Mortgage Capital Trust 2004-HE2
                  bnicholas@kmllawgroup.com

CSU - OUCTS, PA Labor & Industry
                  ra-li-ucts-bankpitts@state.pa.us

Charles Griffin Wohlrab
                  on behalf of Creditor BANK OF AMERICA N.A cwohlrab@raslg.com

Charles Griffin Wohlrab
                  on behalf of Creditor Deutsche Bank National Trust Company cwohlrab@raslg.com

Justin P. Schantz
                  on behalf of Debtor Brady R. Stout jschantz@my-lawyers.us
                  colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7