IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN Re:
Brady R. Stout,
    Debtor,

Brady R. Stout,
    Movant,
vs.

Ronda J. Winnecour,
Chapter 13 Trustee,
    Respondent,

Case No. 20-70348-JAD

Chapter 13
Related to Document No. 63
Docket Document No.

FILED
4/21/23 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this ___21st___ day of __April, 2023__, upon consideration of Debtor's Motion to Reconsider Dismissal, it is hereby ORDERED that Debtor's Motion is GRANTED.

This Court's Order at DD No. 62 is hereby VACATED, and the above-captioned bankruptcy is hereby REOPENED.

Debtor shall IMMEDIATELY file the Notice of Proposal to Cure Plan Defaults, and serve same notice on all parties on the mailing matrix.

**IT IS FURTHER ORDERED that Counsel to Movant(s) shall IMMEDIATELY serve this Order on all parties listed on the Clerk's Office current Mailing Matrix and file a Certificate of Service within seven (7) days.**

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70348-JAD |
| Brady R. Stout | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brady R. Stout, 2103 21st Street, Altoona, PA 16601-2223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for CDC Mortgage Capital Trust 2004-HE2 bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Charles Griffin Wohlrab | on behalf of Creditor BANK OF AMERICA N.A cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Deutsche Bank National Trust Company cwohlrab@raslg.com |
| Justin P. Schantz | on behalf of Debtor Brady R. Stout jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Office of the United States Trustee | |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 7