FILED
5/31/23 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| BRADY R. STOUT | ) Case No. 20-70348 JAD |
| | ) |
| | ) Chapter 13 |
| Debtor(s). | ) |
| | ) Doc. # 69 |
| | X |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
  as to creditor  _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated **7-31-22**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from **$5326** to **$10092** per <u>month</u>, effective **6/23**; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:
**Trustee COD filed 3-13-23 (Doc 60) is resolved by this order.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this 31st day of May, 2023

_____ jsf
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                              Stipulated by:

/s/ Justin P. Schantz                       /s/ Owen Katz
Counsel to Debtor                           Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-70348-JAD
Brady R. Stout  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2
Date Rcvd: May 31, 2023      Form ID: pdf900      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brady R. Stout, 2103 21st Street, Altoona, PA 16601-2223 |
| 15262810 | + | 360Connect, LP, 5926 Balcones Drive, Suite 130, Austin, TX 78731-4212 |
| 15288252 | + | BANK OF AMERICA, N.A., Reverse Mortgage Solutions, Inc., 14405 Walters Rd., Suite 200, Houston, TX 77014-1345 |
| 15281270 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, Collections Support Unit, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 15262811 | + | Department of Labor and Industry, Office of Chief Counsel, 301 5th Avenue, Suite 230, Pittsburgh, PA 15222-2440 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jun 01 2023 00:31:00 | BANK OF AMERICA, N.A, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 01 2023 00:31:00 | Deutsche Bank National Trust Company,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 15268344 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 01 2023 00:31:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15262812 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 01 2023 00:31:00 | Deutsche Bank National Trust Co as Trust, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Dallas, TX 75019-4620 |
| 15262813 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2023 00:31:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15264286 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 00:40:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15262814 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2023 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 15277214 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2023 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee f |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 31, 2023 | Form ID: pdf900 | Total Noticed: 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2 bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | |
| | ra-li-ucts-bankpitts@state.pa.us |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor BANK OF AMERICA  N.A cwohlrab@raslg.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Deutsche Bank National Trust Company  cwohlrab@raslg.com |
| Justin P. Schantz | |
| | on behalf of Debtor Brady R. Stout jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 7