IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN Re:
Brady R. Stout,
    Debtor,

Brady R. Stout,
    Movant,
vs.

Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004-HE2,
    Respondent,

Case No. 20-70348-JAD

Chapter 13

Related to NMPC filed 6/29/23
Related to ECF No. 72

## ORDER OF COURT

AND NOW, this 18th day of July, 2023, upon consideration of Debtor's Motion to Extend Time to Respond to Notice of Mortgage Payment Change, it is hereby ORDERED that Debtor's Motion is GRANTED.

Debtor shall respond to the Notice of Mortgage Payment Change on or before August 1, 2023.

BY THE COURT:

_____
JEFFER A. DELLER [jah]
United States Bankruptcy Judge

FILED
7/18/23 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:
Justin Schantz, Esq.
Deutsche Bank National Trust Co.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70348-JAD |
| Brady R. Stout | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 18, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brady R. Stout, 2103 21st Street, Altoona, PA 16601-2223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Jul 19 2023 00:31:00 | Deutsche Bank National Trust Company,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2 bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Charles Griffin Wohlrab | on behalf of Creditor BANK OF AMERICA  N.A cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 18, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Charles Griffin Wohlrab
    on behalf of Creditor Deutsche Bank National Trust Company  cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2 dcarlon@kmllawgroup.com

Justin P. Schantz
    on behalf of Debtor Brady R. Stout jschantz@my-lawyers.us
    colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8