IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/2/23 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN Re:
Brady R. Stout,
    Debtor,

Brady R. Stout,
    Movant,
vs.

Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004-HE2,
    Respondent,

Case No. 20-70348-JAD

Chapter 13
Related to Document No. 75
Docket Document No.

## ORDER OF COURT

AND NOW, this __2nd__ day of __August__, 2023, upon consideration of Debtor's Second Motion to Extend Time to Respond to Notice of Mortgage Payment Change, it is hereby ORDERED that Debtor's Motion is GRANTED.

Debtor shall respond to the Notice of Mortgage Payment Change on or before __August 8__, 2023.

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70348-JAD |
| Brady R. Stout | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brady R. Stout, 2103 21st Street, Altoona, PA 16601-2223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2 bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | |
| | ra-li-ucts-bankpitts@state.pa.us |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor BANK OF AMERICA  N.A cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Deutsche Bank National Trust Company  cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2 dcarlon@kmllawgroup.com |

District/off: 0315-7      User: auto      Page 2 of 2

Date Rcvd: Aug 02, 2023      Form ID: pdf900      Total Noticed: 1

Justin P. Schantz
    on behalf of Debtor Brady R. Stout jschantz@my-lawyers.us
    colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8