**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

IN RE:                                                            CASE NO.: 20-70348
                                                                                                          **CHAPTER 13**

**Brady R. Stout,**
    **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004-HE2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETT, GA  30004**

                                                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                  Attorney for Secured Creditor
                                                  13010 Morris Rd., Suite 450
                                                  Alpharetta, GA  30004
                                                  Telephone: 470-321-7112
                                                  Facsimile: 404-393-1425

                                                  By: _\S\Michelle L. McGowan, Esq._
                                                      Michelle L. McGowan, Esq., Esquire
                                                      Pennsylvania Bar No. 62414 PA
                                                      Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

BRADY R. STOUT
2103 21ST STREET
ALTOONA, PA 16601

And via electronic mail to:

LAW CARE
324 S. MAPLE AVENUE, 2ND FLOOR
GREENSBURG, PA 15601

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Emily Cheng