IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Brady R Stout | : | Bankruptcy No. 20-70348 JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | |
| Commonwealth of Pennsylvania | : | |
| PA Unemployment Compensation Tax Services | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## CLAIM # 5

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below was served on 11/30/2023 as follows:

Service by Electronic Notification:

**Justin P. Schantz,** Attorney for the Debtor at: jschantz@my-lawyers.us

**Ronda J Winnecour**, Trustee at: rwinnecour@chapter13trusteeWDPA.com

Service by First Class Mail:

Brady R Stout Debtor at: 2103 21st Street Altoona, PA 16601

EXECUTED ON: November 30, 2023

By: _____/S/__*Jonathan L Fertal*
Signature

Jonathan L. Fertal
651 Boas Street
Harrisburg, PA 17121
Phone: 717-571-0818
Fax: 717-787-7671