IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/8/24 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN Re:
Brady R. Stout,
       Debtor,

Case No. 20-70348-JAD

Chapter 13
Related to Document No.
Docket Document No. 100

Brady R. Stout,
       Movant,
vs.

Ronda J. Winnecour, Chapter 13
Trustee,
       Respondent,

<u>ORDER OF COURT</u>

    AND NOW, this _____8th_____ day of __July_____, 2024, upon consideration of Debtor's Motion to Extend Time to Respond to the trustee's Certificate of Default, it is hereby ORDERED that Debtor's Motion is GRANTED.

    Debtor shall respond to the Certificate of Default on or before
_____July 15_____, 2024.

BY THE COURT:

_____ jsf

Jeffery A. Deller, Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 20-70348-JAD

Brady R. Stout                                                  Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                    User: auto                    Page 1 of 2
Date Rcvd: Jul 08, 2024                 Form ID: pdf900               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**
+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

**Recip ID**　　　　**Recipient Name and Address**
db　　　　　　+　Brady R. Stout, 2103 21st Street, Altoona, PA 16601-2223

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

CSU - OUCTS, PA Labor & Industry
　　　　　　　　　　　　　ra-li-ucts-bankpitts@state.pa.us

Charles Griffin Wohlrab
　　　　　　　　　　　　　on behalf of Creditor BANK OF AMERICA  N.A bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Charles Griffin Wohlrab
　　　　　　　　　　　　　on behalf of Creditor Deutsche Bank National Trust Company  bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
　　　　　　　　　　　　　on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2 dcarlon@kmllawgroup.com

James R. Wood
　　　　　　　　　　　　　on behalf of Creditor Logan Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Justin P. Schantz
　　　　　　　　　　　　　on behalf of Debtor Brady R. Stout jschantz@my-lawyers.us

colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;law
careecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Michelle L. McGowan

   on behalf of Creditor Deutsche Bank National Trust Company mimcgowan@raslg.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt

   on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for CDC Mortgage Capital Trust 2004-HE2
pawb@fedphe.com

Ronda J. Winnecour

   cmecf@chapter13trusteewdpa.com


TOTAL: 10