**Physician Revenue Management Services**
615 Howard Avenue, Suite 209
Altoona PA 16601
855-778-9995
info@prmservices.info

Citizens Bank of Pennsylvania
2035 Broad Avenue
Altoona PA 16601

3750

07/11/2024

PAY TO THE ORDER OF    Ronda J. Winnecour    $ **10,000.00

Ten thousand and 00/100************************************************************************************  DOLLARS

Ronda J. Winnecour
Chapter 13 Trustee, W.D.PA.
PO BOX 84051
Chicago, IL  60689-4002

AUTHORIZED SIGNATURE
SIGNATURE HAS A COLORED BACKGROUND

MEMO  20-70348JAD          SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈003750⑈ ⑆036076150⑆ 6236146059⑈

Physician Revenue Management Services                                                    3750
07/11/2024        Ronda J. Winnecour
                                                                                       10,000.00

*Priority Mail*

**Citizens Bank**              20-70348JAD                                            10,000.00