**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRADY R. STOUT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-70348 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/06/2020 and confirmed on 09/14/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 121,052.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 121,052.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,500.00 | |
|    Trustee Fee | 6,144.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,644.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 55,789.05 | 0.00 | 55,789.05 |
|     Acct: 0611 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 109,806.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 0611 | | | | |
|   BANK OF AMERICA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2899 | | | | |
|   INTERNAL REVENUE SERVICE* | 17,130.53 | 12,321.03 | 1,988.58 | 14,309.61 |
|     Acct: 7646 | | | | |
|   PA DEPARTMENT OF REVENUE* | 47,621.00 | 34,072.27 | 9,237.04 | 43,309.31 |
|     Acct: 7646 | | | | |
| | | | | 113,407.97 |
| Priority | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRADY R. STOUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-70348 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 4,500.00 | 1,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8531 | | | | |
| INTERNAL REVENUE SERVICE* | 45,194.69 | 0.00 | 0.00 | 0.00 |
| Acct: 7646 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,499.98 | 0.00 | 0.00 | 0.00 |
| Acct: 7646 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| 360 CONNECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 538.93 | 0.00 | 0.00 | 0.00 |
| Acct: 5198 | | | | |
| INTERNAL REVENUE SERVICE* | 9,575.23 | 0.00 | 0.00 | 0.00 |
| Acct: 7646 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,438.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7646 | | | | |
| ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS BAINEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMONWEALTH OF PA - DEPT OF LABO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTNOFF LAW ASSOCIATES LTD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                           113,407.97

TOTAL CLAIMED
PRIORITY            47,694.67
SECURED            174,558.06
UNSECURED            11.552.33

Date: 09/08/2025                                             /s/ Ronda J. Winnecour
                                                             RONDA J WINNECOUR PA ID #30399
                                                             CHAPTER 13 TRUSTEE WD PA
                                                             600 GRANT STREET
                                                             SUITE 3250 US STEEL TWR
                                                             PITTSBURGH, PA  15219
                                                             (412) 471-5566
                                                             cmecf@chapter13trusteewdpa.com