**Fill in this information to identify the Fill in this information to identify the case:**

Debtor 1    Brady R. Stout

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   20-70348 JAD

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004-HE2**

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: <u>0611</u>

**Date of payment change:**
Must be at least 21 days after date of this notice    <u>09/01/2022</u>

**New total payment:**    <u>$961.06</u>
Principal, interest, and escrow, if any

| **Part 1:** | **Escrow Account Payment Adjustment** |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____    New escrow payment:  $ _____

| **Part 2:** | **Mortgage Payment Adjustment** |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No

   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    8.650_____%    New interest rate:    9.125_____%

   Current principal and interest payment: $580.10_____   New principal and interest payment: $593.46 _____

| **Part 3:** | **Other Payment Change** |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   Current mortgage payment: $_____    New mortgage payment:  $ _____

Document ID: a086ac19d0fc6c4c5cc4643c6c349da3603d8279f0b918699376c576fa32f9a2

Debtor(s)    <u>Brady R. Stout</u>    Case number (*if known*) _ 20-70348 JAD
First Name    Middle Name    Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗** /s/ <u>Brian C. Nicholas (Atty ID: 317240)</u>    Date    07/28/2022
**Print:** Brian Nicholas
28 Jul 2022, 08:27:39, EDT

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701        Market Street, Suite 5000</u>
Number        Street
Philadelphia,                    PA    19106
City                State    ZIP Code

Contact phone  (215) 627–1322    Email  <u>bkgroup@kmllawgroup.com</u>

Document ID: a086ac19d0fc6c4c5cc4643c6c349da3603d8279f0b918699376c576fa32f9a2