# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brady R. Stout<br>         **Debtor(s)**<br><br>**Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2004-HE2**<br>         **Movant**<br>  vs.<br><br>**Brady R. Stout**<br>         **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>         **Trustee** | BK NO. 20-70348 JAD<br><br>Chapter 13<br><br>Related to Claim No. 3-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 04, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Brady R. Stout
2103 21st Street
Altoona, PA 16601

<u>Attorney for Debtor(s)</u>
Justin P. Schantz, Law Care
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>August 04, 2022</u>

                  <u>**/s/Brian C. Nicholas Esquire**</u>
                  Brian C. Nicholas Esquire
                  Attorney I.D. 317240
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  201-549-5366
                  bnicholas@kmllawgroup.com